**No. 52618.**—The Symons Galleries, Inc. *v.* United States, protest 66127–K (New York):

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83.) In accordance therewith it was held that the currency of the invoice should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on entry 816249. The protest was sustained to this extent.

**No. 52619.**—United China & Glass Co. *v.* United States, protest 957582–G/11412 (New Orleans).

Opinion by JOHNSON, J. At the trial it was stipulated that the merchandise consists of bonbon dishes the same in all material respects as those the subject of *Butler Bros.* v. *United States* (6 Cust. Ct. 444, C. D. 512) and *United States* v. *Butler Bros.* (33 C. C. P. A. 22, C. A. D. 310). The claim at 70 percent under paragraph 212 was therefore sustained.